IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Alonzo Johnson, | : |
| Petitioner(s), | : |
| | : Case Number: 1:19cv394 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Warden, Chillicothe Correctional | : |
| Respondent(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 13, 2019 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 27, 2019, hereby ADOPTS said Report and Recommendation.

However, the Report and Recommendation that was mailed to Mr. Johnson was returned to the Clerk's Office as undeliverable on October 4, 2019 (Doc. 13).

Accordingly, this case is DISMISSED for lack of prosecution and respondent's motion to dismiss/motion for extension of time (Doc. 11) is DENIED as moot.

IT IS SO ORDERED.

Susan J. Dlott

Judge Susan J. Dlott
United States District Court